IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

SCOTT CANFIELD, )
)
    Plaintiff, )
)
v. ) CASE NO. CV410-086
)
DENNY'S RESTAURANT, PAUL )
WILLIAMS, DEVO'S TOWING COMPANY )
OF RICHMOND HILL, GA., and )
JENIFER NEWTOM, )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's report and recommendation (Doc. 7), to which objections have been filed (Doc. 11). After a careful de novo review, the Court concurs with the Magistrate Judge's report and recommendation, and finds Plaintiff's objections to be without merit. This case is **DISMISSED**. The **Clerk of Court** is **DIRECTED** to **close this case**.

SO ORDERED this 14th day of July 2010.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA